UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **KABWAYI KABONGO,** | : | VIOLATIONS: 18 U.S.C. §1542 |
| **Defendant.** | : | (False Statement in Application for Passport); |
| | : | 18 U.S.C. §1544 |
| | : | (Misuse of a Passport); |
| | : | 18 U.S.C. §1001 |
| | : | (Fictitious or Fraudulent Statement) |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about July 12, 2005, within the District of Columbia, **KABWAYI KABONGO**, did willfully and knowingly furnish to another for use passport No. Z8236443, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application therefore which falsely stated that his original passport had been lost, which said passport the defendant furnished to another for use to gain entry into Finland.

(**False Statement in Application for Passport**, in violation of Title 18, United States Code, Section 1542)

### COUNT TWO

On or about July 12, 2005, within the District of Columbia, **KABWAY KABONGO**, did willfully and knowingly used and attempted to use United States passport No. Z8236443, in violation

of the conditions and restrictions therein contained, in that the defendant did furnished this passport to another for use.

(**Misuse of a Passport**, in violation of Title 18, United States Code, Section 1544)

## COUNT THREE

On or about July 22, 2005, within the District of Columbia, in a matter within the jurisdiction of the United States Department of State, a department of the United States, **KABWAYI KABONGO**, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation, that is, the defendant claimed that he lost his original passport on the DS-11, Application for the U.S. Passport.

(**Fictitious or Fraudulent Statements**, in violation of Title 18, United States Code, Section 1001)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.