# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-015 | MAGIS. NO: |
| V.<br><br>KABWAYI KABONGO<br><br><br>DOB:         PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Kabwayi Kabongo<br><br>FILED<br>JUN 1 3 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF:   INDICTMENT | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

FALSE STATEMENT IN APPLICATION FOR PASSPORT;

MISUSE OF A PASSPORT;

FICTITIOUS OR FRAUDULENT STATEMENT

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

18:1542; 18:1544; and 18:1001

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED:<br>1/19/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>1/19/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED   06/12/07 | NAME AND TITLE OF ARRESTING OFFICER<br>D.L. BALDWIN<br>SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED   06/12/07 | | |
| HIDTA CASE:   Yes    No  X | | OCDETF CASE:   Yes    No  X |