RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 18 PM 12: 46

NANCY M.
MAYER-WHITTINGTON
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 18 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA       :
                               :
v.                             :   Criminal No. 06-015
                               :
KABWAYI KABONGO                :

## PRAECIPE OF APPEARANCE

The Clerk of This Court will please enter my appearance as counsel for Defendant in the above-captioned matter.

Respectfully submitted,

_____
Jeffrey M. Lewis 203893
Attorney for Defendant
1003 K Street, N.W. Suite 635
Washington, D.C. 20001
(202) 737-2473
Fax: (202) 737-2477

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served by facsimile transmission and mailed, first-class postage prepaid, to the office of the Assistant United States Attorney, 555 Fourth Street, N.W., Washington. D.C. 20530, this 18th day of June, 2007.

_____
Jeffrey M. Lewis