UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 06-015 |
| | : | Status Hearing 6/20/07 |
| | : | Judge Robertson |
| KABWAYI KABONGO | : | |

FILED
JUN 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### UNOPPOSED MOTION TO CONTINUE STATUS HEARING DATE

Defendant, through his attorney, Jeffrey M. Lewis, hereby moves this Court to continue the Status Hearing now scheduled for June 20, 2007, and to reschedule it for July 10, 2007. In support of this Motion, Defendant submits the following:

1. On June 13, 2007, Defendant was arraigned on a three-count indictment charging him with False Statement in Application for Passport, Misuse of a Passport and Fictitious or Fraudulent Statement. A status hearing was scheduled before the Honorable James Robertson on June 20, 2007.

2. Approximately six weeks ago, Defendant was in an automobile accident that resulted in a broken pelvis and his leg being broken in numerous places from hip to ankle. Although he is able to walk on crutches, his condition is still very fragile; counsel is trying to minimize Defendant's trips to court from his temporary residence in Ellicott City, Maryland. Undersigned counsel entered his appearance on June 18, 2007, and therefore has not yet received discovery from Assistant United States Attorney Aaron Mendelsohn.

3. Pursuant to a telephone conversation with Judge Robertson's courtroom deputy, a continued status hearing date of July 10, 2007, at 10:30 a.m. was agreed upon. Counsel has spoken to Mr. Mendelsohn, who has no objection to this Motion.

4. Pursuant to 18 U.S.C. §3161(h)(8)(A), Defendant waives his right to a speedy trial for the period between June 20 and July 10, 2007. The ends of justice will be served by a granting of this continuance by giving defense counsel an opportunity to receive and review discovery materials and to consider any plea offer the Government might make.

Wherefore, Defendant respectfully requests this Court grant his Motion to Continue Status Hearing Date until July 10, 2007, at 10:30 a.m.

Respectfully submitted,

_____
Jeffrey M. Lewis 203893
Attorney for Defendant
1003 K Street, N.W. Suite 635
Washington, D.C. 20001
(202) 737-2473
Fax: (202) 737-2477

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served by facsimile transmission and mailed, first-class postage prepaid, to the office of the Assistant United States Attorney, 555 Fourth Street, N.W., Washington. D.C. 20530, this 19th day of June, 2007.

_____
Jeffrey M. Lewis