CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Number 06-0015 (JR) |
| ) | Category  B |
| KABWAYI KABONGO ) | |

**REASSIGNMENT OF CRIMINAL CASE**

The above-entitled case was reassigned on June 25, 2007 from The Calendar Committee to Judge James Robertson by direction of the Calendar Committee.

(Defendant is no longer a fugitive.)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Robertson & Courtroom Deputy
Chair, Calendar and Case Management Committee
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk