UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 06-015 (JR) |
| | : | |
| v. | : | |
| | : | |
| KABWAYI KABONGO, | : | |
| | : | VIOLATION: 18 U.S.C. § 1544 |
| Defendant. | : | (Misuse of a Passport) |

### I N F O R M A T I O N

The United States informs the Court:

### COUNT ONE

On or about July 12, 2005, in the Federal Republic of Nigeria, in the extraterritorial jurisdiction of the United States and, pursuant to Title 18 United States Code Section 3238, within the venue of the United States District Court for the District of Columbia, **KABWAYI KABONGO**, did willfully and knowingly use United States Passport No. Z8236443, in violation of the conditions and restrictions therein contained, in that the defendant furnished this passport for use by another than the person for whose use it was originally issued and designed..

**(Misuse of a Passport**, in violation of Title 18, United States Code, Sections 1544)

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar 498-610

By: _____
        AARON H. MENDELSOHN
        Assistant United States Attorney
        United States Attorneys Office
        Federal Major Crimes Section
        555 4th Street, N.W. (Room 4239)
        Washington, D.C. 20530
        (202) 514-9519