AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF _____

**FILED**

JUL 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

KABWAYI KABONGO

## WAIVER OF INDICTMENT

CASE NUMBER: 06-15 (JR)

I, _Kabwayi Kabongo_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _July 19, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer