FILED
JUL 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Case No. 06-015 (JR) |
| | : | |
| v. | : | |
| | : | |
| **KABWAYI KABONGO,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | Plea Hearing: July 19, 2007 |

## STATEMENT OF THE OFFENSE

The United States and Defendant KABWAYI KABONGO agree and stipulate as follows:

Mr. Kabongo, a U.S. citizen born in Lubumbashi, Democratic Republic of Congo and naturalized in Atlanta, Georgia on February 25, 2002, was until approximately July of 2005 the authorized holder of U.S. Passport No. Z8236443. On or about July 12, 2005, Mr. Kabongo knowingly and willfully provided U.S. Passport No. Z8236443 to an individual named Jean Pierre Mayale in Nigeria, in violation of the conditions and restrictions contained within that passport, so that Mr. Mayale could use Mr. Kabongo's passport to travel to Finland. On July 27, 2005, Mr. Kabongo provided a written and signed statement to Special Agent William McCarthy of the U.S. Department of State Diplomatic Security Service at the U.S. Embassy in Niamey, Nigeria, in which Mr. Kabongo admitted all of the above facts.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____
AARON H. MENDELSOHN
ASSISTANT U.S. ATTORNEY

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of the Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, Jeffrey M. Lewis, I agree and stipulate to this Statement of the Offense.

Date: July 19, 2007

_____
Kabwayi Kabongo
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have discussed this Statement of the Offense with my client, Mr. Kabongo. I concur with his decision to stipulate to this Statement of the Offense.

Date: 7/19/07

_____
Jeffrey M. Lewis, Esq.
Counsel for Defendant