## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Case No. 06-015 (JR)** |
| | : | |
| **v.** | : | **Sentencing Date: September 27, 2007** |
| | : | |
| **KABWAYI KABONGO,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following memorandum to assist the Court in issuing an appropriate sentence in this case.

1.    Pursuant to a plea agreement, Defendant Kabwayi Kabongo pled guilty on July 19, 2007, to a one-count Criminal Information charging him with Misuse of a Passport, in violation of Title 18 U.S.C. Section 1544.

2.    Based upon a total offense level of 6, and Mr. Kabongo's criminal history category of I, the guideline range for imprisonment is 0 to 6 months.[1]  The statutory maximum term of imprisonment for a violation of 18 U.S.C. Section 1544 is ten years.

3.    Pursuant to his July 19, 2007 guilty plea, Mr. Kabongo acknowledged certain relevant criminal conduct in his factual proffer.  Specifically, Mr. Kabongo, a U.S. citizen born in Lubumbashi, Democratic Republic of Congo and naturalized in Atlanta, Georgia on February 25, 2002, acknowledged that he was until approximately July of 2005 the authorized holder of U.S. Passport No. Z8236443.  On or about July 12, 2005, Mr. Kabongo knowingly and willfully provided U.S. Passport No. Z8236443 to an individual named Jean Pierre Mayale in Niger, in violation of the

---

[1] Mr. Kabongo has no prior criminal convictions.

conditions and restrictions contained within that passport, so that Mr. Mayale could use Mr. Kabongo's passport to travel to Finland.  Mr. Mayale  was later apprehended by border agents in Finland in possession of Mr. Kabongo's passport, although Mr. Mayale's current whereabouts are unknown.  Mr. Kabongo later applied for a new passport claiming that U.S. Passport No. Z8236443 had been stolen.  On July 27, 2007, however, Mr. Kabongo provided a written and signed statement to Special Agent William McCarthy of the U.S. Department of State Diplomatic Security Service at the U.S. Embassy in Niamey, Niger, in which Mr. Kabongo admitted all of the above facts.

5.      In this case, despite the danger of Mr. Kabongo's actions in giving his U.S. passport to an unauthorized foreign national overseas in this age of international terrorism, the Government does not believe that Mr. Kabongo's single criminal act in a lifetime of good acts merits a sentence of incarceration.  Instead, the Government respectfully requests that the Court impose a period of probation consistent with the provisions of Zone A of the applicable sentencing guideline range.  In addition, the Government respectfully requests that the Court order Mr. Kabongo to complete 100 hours of community service as a condition of his probation.

> Respectfully submitted,
> JEFFREY A. TAYLOR
> UNITED STATES ATTORNEY

By: _____
> AARON MENDELSOHN
> ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon the attorney for the defendant, Jeffrey M. Lewis, Esq., this 10th day of September, 2007.

_____
AUSA AARON MENDELSOHN

-2-